UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

MARY B NIMETH                                              CASE NO.: 13-29175-RAM

       Debtor(s)                                              CHAPTER 13

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
*Subject Property: 8431 SW 27TH LN, MIAMI FL 33155*

**COMES NOW**, **SHD LEGAL GROUP P.A.**, attorneys for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., AS SERVICER FOR FANNIE MAE, its successors and assigns, secured creditor, and party in interest, and hereby enters its appearance in the above-styled cause. Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

Gavin W. MacMillan,
SHD LEGAL GROUP P.A.
PO BOX 11438
Fort Lauderdale, FL  33339-1438

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

    SHD Legal Group P.A.
    **Attorneys for Creditor**
    PO BOX 11438
    Fort Lauderdale, FL  33339-1438
    Phone: (954) 564-0071
    Fax:  (954) 564-9252
    E-mail: GMacMillan@shdlegalgroup.com

By: /s/Gavin W. MacMillan
    Gavin W. MacMillan
    Florida Bar No. 0037641

1441-141820

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished by electronic or U.S. mail on this October 2, 2013 to:

MARY B NIMETH
8431 SW 27TH LANE
MIAMI, FL 33155
*Debtor(s)*

THOMAS W WILLIS, JR
8725 NW 18TH TERRACE SUITE 302
MIAMI, FL 33172
*Attorney for Debtor(s)*

NANCY N. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

     **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

                                           SHD Legal Group P.A.
                                           Attorneys for Creditor
                                           PO BOX 11438
                                           Fort Lauderdale, FL  33339-1438
                                           Phone: (954) 564-0071
                                           Fax:  (954) 564-9252
                                           E-mail:GMacMillan@shdlegalgroup.com

                                           By: /s/Gavin W. MacMillan
                                              Gavin W. MacMillan
                                              Florida Bar No. 0037641

1441-141820