**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Mary B. Nimeth                              Case No: 13-29175
                                                   Chapter 13


_____Debtor_____/


**OBJECTION TO PROOF OF CLAIM 1-1**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1 the undersigned objects to the Proof of claim filed by Creditor Federal National Mortgage Association (Fannie Mae), which is claim number 1-1. The grounds for this objection are as follows:

1. - Fannie Mae has not established that they are a real party of interest and does not have standing to asset a claim as secured creditor. The assignor of the alleged assignment of Mortgage was not an employee of JPMorgan Chase, Fannie Mae or any other banking entity; rather she was an employee of a company called Nationwide Title Clearing. Crystal Moore was a "Robo-Signor" who executed thousands upon thousands of assignments of Mortgage for multiple banking institutions without any legal right to do so and without regard to the accurse of what she was signing. Furthermore, the lost note affidavit filed with the Proof of Claim makes reference to business records of two different law firms and such references are in admissible say under the federal rules of evidence.

 2. - The payment history attached to the Proof of Claim contains numerous charges with are outrageous and grossly excessive for a property of this value.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the Objection to Proof of Claim 1-1 was served by U.S, first class Mail, upon the parties listed below on July 29, 2014.

                                        /s/ _____
                                          Thomas Willis, Esq.
                                          8725 NW 18th Terrace
                                          Suite 302
                                          Doral, Florida 33172
                                          (305) 406-3490
                                          (305) 406-3489
                                          Florida Bar No.: 49062
                                          doralattorney@gmail.com

Copies to:

Seterus, Inc PO BOX 2008 Grand Rapids, Mi 49501-2008

SHD Legal Group, P.A. Attn: Bankruptcy Dept. PO BOX 11438 Fort Lauderdale, Fl 33339-1438

Nancy K. Herkert   PO BOX 279806 Miramar, Florida 33027