

ORDERED in the Southern District of Florida on August 19, 2014.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

MARY B NIMETH                                         CASE NO.: 13-29175-RAM

    Debtor(s)                                            CHAPTER 13

_____/

### ORDER DENYING IN PART DEBTOR'S OBJECTION TO CLAIM 1-1

    This case came before the Court on August 12, 2014 upon Debtor's, MARY B. NIMETH, *Objection to Proof of Claim 1-1* [DE 76] the Court having heard argument from counsel, having reviewed the Motions, and the Court having been fully advised on the premises, the Court finds and it is:

**ORDERED:**

    1.    Debtor's Objection to Claim 1-1 is **DENIED** as to the claim that the Creditor does not have standing.

    2.    The Court reserves ruling on the Debtor's objection regarding the forced place insurance.

    3.    The Debtor has fourteen (14) days from the date of this Order to Amend the plan to cure the uncontested amounts.

Submitted by:

Adam A. Diaz

SHD Legal Group P.A.

PO BOX 11438

Fort Lauderdale, FL  33339-1438

*Attorneys for Creditor*

Attorney for Creditor is directed to serve copies of this order on the parties listed and file a certificate of service.

Copies furnished to:

Adam A. Diaz

SHD Legal Group P.A.

PO BOX 11438

Fort Lauderdale, FL  33339-1438

*Attorneys for Creditor*

MARY B NIMETH

8431 SW 27TH LANE

MIAMI, FL 33155

*Debtor(s)*

THOMAS W WILLIS, JR

8725 NW 18TH TERRACE SUITE 302

MIAMI, FL 33172

*Attorney for Debtor(s)*

NANCY N. NEIDICH

PO BOX 279806

MIRAMAR, FL 33027

*Trustee*