UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

MARY B NIMETH                                    CASE NO.:  13-29175-RAM

    Debtor(s)                                     CHAPTER 13

_____/

## CERTIFICATE OF SERVICE ORDER DENYING IN PART DEBTOR'S OBJECTION TO CLAIM 1-1

**I HEREBY CERTIFY** that a true and correct copy of *Order Denying in Part Debtor's Objection to Claim 1-1* [D.E. 80] has been furnished by electronic or U.S. mail on August 21, 2014 to:

MARY B NIMETH
8431 SW 27TH LANE
MIAMI, FL 33155
*Debtor(s)*

THOMAS W WILLIS, JR
8725 NW 18TH TERRACE
SUITE 302
MIAMI, FL 33172
*Attorney for Debtor(s)*

NANCY N. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

    SHD Legal Group P.A.
    **Attorneys for Creditor**
    PO BOX 11438
    Fort Lauderdale, FL  33339-1438
    Phone: (954) 564-0071
    Fax:  (954) 564-9252
    E-mail: ADiaz@shdlegalgroup.com

     Adam A. Diaz
    By: /s/Adam A. Diaz
      Florida Bar No.98379

1441-141820