UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

MARY B NIMETH                                    CASE NO.:  13-29175-RAM

Debtor(s)                                        CHAPTER 13

_____/

**CREDITOR'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**
*Subject Property: 8431 SW 27TH LN, MIAMI, FL 33155*

Creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR

C/O SETERUS, INC. ("Creditor"), by and through undersigned counsel and pursuant to 11 U.S.C.  §362(d),

Bankruptcy Rule of Civil Procedure 4001 and Local Rule 4001-1, moves this Court for relief from the

automatic stay to proceed *in rem*, and states:

1.      **Summary of Motion**: Creditor seeks relief from the automatic stay as the Debtor(s), MARY

B NIMETH ("Debtor"), is in default under the Note and Mortgage and is not adequately protecting the

Creditor.

2.      **Creditor's Interest**: The Debtor filed this voluntary Chapter 13 proceeding on August 13,

2013.  The Creditor is a secured creditor through the Note and Mortgage executed on May 11, 2007 in the

amount of $293,900.00.  *Exhibit "A."* The Creditor holds a security interest in the subject property located

at 8431 SW 27TH LN, MIAMI, FL 33155 ("Property"), more fully described as:

> **LOT 14, BLOCK 31, CORAL WAY VILLAGE SECTION A PART 5,**
> **ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT**
> **BOOK 65, PAGE 17, PUBLIC RECORDS OF MIAMI-DADE**
> **COUNTY, FLORIDA.**

Based on the Debtor's Plan, the Property is exempt.  The principal balance due is $323,639.58.

3.      **Standing**: Creditor possesses standing to bring this motion as the Note and Mortgage were

subsequently assigned to it.  *See Troupe v. Redner, 652 So2d 394 (Fla 2d DCA 1995),* citing  *Withers v.*

*Sandlin, 36 Fla. 619, 18 So. 856 (1896); Laing v. Gainey Builders, Inc., 184 So. 2d 897 (Fla 1st DCA 1966).*

      4.      **Property Valuation**: Pursuant to the County Property Appraiser's Office in which the Property lies situate, the property is valued at $231,771.00 ***See Exhibit "B"***. Pursuant to *Rule 803(8) Federal Rules of Evidence*, the property appraiser valuation is permissible.

      5.      **Lack of Equity Pursuant to 11 U.S.C. §362(d)(2)(A):** As the amount due to the Creditor exceeds the Property's value, there is no equity in the Property.

      6.      **Grounds for Relief:**  The Creditor maintains that cause exists pursuant to 11 U.S.A. §362(d)(1) for the automatic stay to be lifted. The Creditor's security interest in the subject property is being significantly jeopardized by the Debtors' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such interest. The Creditor is currently owed $373,582.53 ***See Composite Exhibit "C"***, Affidavit in Support of Creditor's Motion for Relief from the Automatic Stay and Indebted Worksheet.  Additionally, the Debtor was denied a modification and to date has not amended their plan to cure or surrender the property.

      7.      Creditor further seeks relief in order to, as its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agree or other loan workout/loss mitigation agreement.  Creditor requests that it may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any agreement shall be non-recourse unless included in a reaffirmation agreement.

      8.      **Fees Incurred:** Creditor incurred necessary fees to prosecute this motion. Creditor requests bankruptcy fees of $850.00 and costs of $176.00 awarded for the Motion.

      9.      **Waiver of Rule 4001(a)(3):** Creditor, respectfully, requests that the Court waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so that CREDITOR can pursue its in rem remedies without further delay.

      **WHEREFORE,** Creditor, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., prays that this Court issue an Order terminating or modifying the stay, award it fees and costs in the amount of $1,026.00, and for any such further relief this Court deems

proper and just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

SHD Legal Group P.A.
**Attorney for Creditor**
PO BOX 11438
Fort Lauderdale, FL  33339-1438
Phone: (954) 564-0071
Fax:  (954) 564-9252
Email: ADiaz@shdlegalgroup.com


By:  /s/ Adam A. Diaz
Adam A. Diaz
Florida Bar No.98379


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 29, 2014, I served a copy of the foregoing either electronically and/or via first class U.S. mail upon:

MARY B NIMETH
8431 SW 27TH LANE
MIAMI, FL 33155
*Debtor(s)*

THOMAS W WILLIS, JR
8725 NW 18TH TERRACE SUITE 302
MIAMI, FL 33172
*Attorney for Debtor(s)*

NANCY N. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*


By:  /s/ Adam A. Diaz
Adam A. Diaz
Florida Bar No.98379

1441-141820
KYP