UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   13-29175-BKC-RAM
MARY B NIMETH

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $ 5,936.12  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )   The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

        WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: ___MAR 1 7 2015___

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

MARY B NIMETH
8431 SW 27TH LANE
MIAMI, FL 33155

THOMAS WILLIS, ESQUIRE
8725 NW 18 TERR
SUITE 302
MIAMI, FL 33172

FEDERAL NATL MTG ASSOC
% SETERUS, INC
POB 2206
GRAND RAPIDS, MI 49501-2006

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   13-29175-BKC-RAM
MARY B NIMETH


                                        CHAPTER 13


    MARY B NIMETH

    8431 SW 27TH LANE
    MIAMI, FL 33155


    THOMAS WILLIS, ESQUIRE
    8725 NW 18 TERR
    SUITE 302
    MIAMI, FL 33172

    FEDERAL NATL MTG ASSOC      ---------$       5,936.12
    %SETERUS, INC                                       REFUSED
    POB 2206
    GRAND RAPIDS, MI 49501-2006                 CLAIM REGISTER # 1

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130
```