**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

In re:

                                    Case No. 2013-29175-RAM
                                    Chapter 13

MARY B NIMETH,

    Debtor                  /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

      Applicant, __ANDY R. HERNANDEZ__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__$5,936.12__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _____ __FEDERAL NATIONAL MORTGAGE ASSOCIATION.__ Applicant further states that:

1.    (Indicate one of the following items:)

      _____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

      _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

      _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court

Page 1 of 3

LF-27 (rev. 12/01/09)

Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_X\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.   Applicant has made sufficient inquiry and has no knowledge that this claim has

been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: January 9, 2019

__FEDERAL NATIONAL MORTGAGE ASSOC__
Name Under Which Funds Were Deposited

__1__
Claim Number

__MARY B. NIMETH (estate of)__
Name of Party On Whose Behalf Application Was Filed*

Address: __4810 SW 72 Avenue__
__Miami, FL 33155__

Signature of Applicant
(Note: In addition to signing, complete all information below)
Last Four Digits of SS# __6741__

Tax ID (EIN #) __46-2770352__

__Andy R. Hernandez Esq.__
Print Name and Title of Applicant

__Hernandez Law PL__
Print Company Name

__4810 SW 72 AVENUE__
Print Street Address

__Miami, FL 33155__
Print City and State

__(305) 661-6641__
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on __2/22/2019__

NOTARY PUBLIC, AT LARGE
STATE OF __Florida__

MARIA KARLA GONZALEZ
MY COMMISSION # GG 113489
EXPIRES: October 9, 2021
Bonded Thru Notary Public Underwriters

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                          CASE NO.: 2013-29175-BKC-RAM
                                                CHAPTER 13
Mary B. Nimeth

Debtor,
_____/

## POWER OF ATTORNEY

IMPORTANT NOTICE: This power of attorney may be revoked by you if you wish to do so. This power of attorney is automatically terminated if it is to your spouse and proceedings are commenced for dissolution, legal separation, or annulment of your marriage. This power of attorney authorizes, but does not require, the attorney-in-fact for you.

PRINCIPAL:                      Christopher Nimeth as personal representative of
                                Mary B. Nimeth

ATTORNEY(S)-IN-FACT:            Andy R Hernandez, Esquire, Hernandez Law P.L.,
                                4810 SW 72 Avenue, Miami, Florida 33155

First Successor:                Joanne Hernandez, Esquire, Law Offices of Joanne
                                Postel P.A., 4810 SW 72 Avenue, Miami, Florida 33155

I, Christopher Nimeth hereby appoint the above-named Attorney(s)-in-Fact to act as my attorney(s)-in-fact:

FIRST, To act for me in any way that I could act with respect to the following matters, as each of them is defined in Florida Statute 709.2201.

(To grant the attorney-in-fact any of the following powers, make a check or "x" on the line in front of each power being granted. You may, but need not, cross out each power not granted. Failure to make a check or "x" on the line in front of the power will have the effect of deleting power unless the line in front of the power of (N) is checked or x-ed.)

Check or "x"

_____        real property transactions

_____x_____        claims and litigation

_____x_____        banking transactions

_____x_____        banking transactions

SECOND: (You must indicated below whether or not this power of attorney will be effective if you become incapacitated or incompetent. Make a check of x on the line in front of the statement that expresses your intent.)

_X_ This power of attorney shall continue to be effective if I become incapacitated or incompetent.
___ This power of attorney shall not continue to be effective if I become incapacitated or incompetent.

THIRD: (You must indicated below whether or not this power of attorney authorizes the attorney in fact to transfer your property to the attorney in fact.. Make a check of x on the line in front of the statement that expresses your intent.)

___This power of attorney authorizes the attorney in fact to transfer my property to the attorney in fact.
_X_ This power of attorney does not authorize the attorney in fact to transfer my property to the attorney in fact.

In Witness Whereof I have hereto signed my name this __14__ day of December 2018.

_____
(Signature of Principal)


_____
(Acknowledgment of Principal)

SPECIMEN SIGNATURE OF ATTORNEY-IN-FACT


STATE OF FLORIDA          )
                          ) ss.
COUNTY OF MIAMI-DADE)

The foregoing instrument was acknowledged before me this 14th day of December 2018,

_____
(Signature of Notary Public or other Official)

This instrument was drafted by:

Andy R. Hernandez
Hernandez Law P.L.
4810 SW 72 Avenue
Miami, Florida
(305) 661-6641

MARIA KARLA GONZALEZ
MY COMMISSION # GG 113489
EXPIRES: October 9, 2021
Bonded Thru Notary Public Underwriters

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF MARY B. NIMETH,

          Deceased.         Case No.2018-002404-CP-02

                        Section: PMH04

## ORDER OF SUMMARY ADMINISTRATION
(Testate)

On the petition of CHRISTOPHER NIMETH for Summary Administration of the Estate of MARY B. NIMETH, deceased, the court finds that the decedent died on October 16, 2015; that all interested persons have been served proper notice of the petition and the hearing, or have waived notice thereof; that the material allegations of the petition are true; that the will dated February 12, 2009, has been admitted to probate by order of this court as and for the last will of the decedent; and that the decedent's estate qualifies for summary administration, and an Order of Summary Administration should be entered. Therefore, it is

ADJUDGED that:

1.        There be immediate distribution of the assets of the decedent as follows:

| Name: | Address: | Share |
|---|---|---|
| Christopher Nimeth | 8431 SW 27 Lane, Miami, Florida 33155 | 100% |
| | | |

2.        Those to whom specified parts of the decedent's estate are assigned by this order shall be entitled to receive and collect the same, and to maintain actions to enforce the right.

3.        The debtors of the decedent, those holding property of the decedent, and those with whom securities or other property of the decedent are registered, are authorized and empowered to comply with this order by paying, delivering, or transferring to those specified above the parts of the decedent's estate assigned to them by this order, and the persons so paying, delivering, or transferring shall not be accountable to anyone else for the property.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 08/21/18.

*Celeste Hardee Muir*

CELESTE HARDEE MUIR
CIRCUIT COURT JUDGE

STATE OF FLORIDA, COUNTY OF MIAMI-DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office _____ OCT 04 2018

HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

| |
|---|
| **FINAL ORDERS AS TO ALL PARTIES** |
| **SRS DISPOSITION NUMBER  2** |
| THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES. |
| Judge's Initials __CHM__ |

The parties served with this Order are indicated in the Florida Courts E-Filing Portal "Notice of Service of Court Documents" email confirmation. The movant/petitioner shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated in the "Notice of Service of Court Documents" email confirmation, and file proof of service with the Clerk of Courts.



Filing # 72941347 E-Filed 06/01/2018 10:29:56 AM

CFN: 20180337500 BOOK 31005 PAGE 4417
DATE:06/07/2018 03:32:07 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CT

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,

IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PROBATE DIVISION

IN RE: ESTATE OF MARY B. NIMETH,

        Deceased.

Case No. _____
Section _____

## OATH OF PERSONAL REPRESENTATIVE
## AND DESIGNATION AND ACCEPTANCE OF RESIDENT AGENT

STATE OF FLORIDA
COUNTY OF MIAMI DADE

I, CHRISTOPHER NIMETH(Affiant), state under oath that:

1. I am qualified within the provisions of Sections 733.302, 733.303 and 733.304 of the Florida Probate Code to serve as personal representative of the Estate of Mary B. Nimeth, deceased.

2. I will faithfully administer the estate of the decedent according to law.

3. My place of residence is c/o GRL LAW GROUP, LLC, and my post office address is same.

4. I hereby designate Gabrielle M. Gutt, who is a member of The Florida Bar, who is a resident of Broward County, Florida, whose office address is 221 Aragon Avenue, Suite 204, Coral Gables, Florida 33134, and whose post office address is 75 Miracle Mile, Unit 34763, Coral Gables, Florida 33134-5403, as my agent for the service of process or notice in any action against me, either in my representative capacity, or personally, if the personal action accrued in the administration of the estate.

_____
CHRISTOPHER NIMETH, Affiant

Sworn to and subscribed to before me on this 30 day of May, 2018, by Affiant, who is personally known to me or who produced Florida Driver License as identification.

Notary Public State of Florida
(Affix Notarial Seal)

Ninoska Abeunza
State of Florida
My Commission Expires 07/11/2020
Commission No. GG 10528

CFN: 20180337500 BOOK 31005 PAGE 4418

## ACCEPTANCE

I CERTIFY that I am a permanent resident of Broward County, Florida, and my office address is as indicated above. I hereby accept the foregoing designation as Resident Agent.
Signed on ___/___ day of ___June___, 2018.

*[signature]*
Gabrielle M. Gult, Esq.
Resident Agent

To: U.S. Bankruptcy Court, Southern District of Florida

From: Christopher Nimeth

Reg. 2015-29175-RAM

Date: 01/07/2019

I am requesting that the attorney representing the Estate of MARY B. NIMETH, ANDY R. HERNANDEZ, obtain the unclaimed funds in the court registry for her bankruptcy case 2013-29175. The money is being held by the court after the trustee on my mother's case tried to mail payments to the creditor, FEDERAL NATIONAL BANK MORTGAGE ASSOCIATION, but the payments were refused by the creditor, because the property that the debt secured was being foreclosed by the bank and the bank refused payments during the pendency of the foreclosure action. As such, the payments were declined by the creditor and returned to the Court. We re requesting the payments made by the Trustee on her behalf, which were returned. I am authorizing ANDY HERNANDEZ file the application to withdraw the unclaimed funds from the registry.

*[signature: Christopher Nimeth]*

Christopher Nimeth

Personal Representative for the Estate of Mary B. Nimeth

*[notary seal:]*
MARIA KARLA GONZALEZ
MY COMMISSION # GG 113489
EXPIRES: October 9, 2021
Bonded Thru Notary Public Underwriters

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:　　　　　　　　　　　　　　　CASE NO. 13-29175-BKC-RAM
MARY B NIMETH

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 5,936.12 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

　　　Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

　　　WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: ___MAR 1 7 2015___

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE

Copies to:

MARY B NIMETH
8431 SW 27TH LANE
MIAMI, FL 33155

THOMAS WILLIS, ESQUIRE
8725 NW 18 TERR
SUITE 302
MIAMI, FL 33172

FEDERAL NATL MTG ASSOC
%SETERUS, INC
POB 2206
GRAND RAPIDS, MI 49501-2006

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  13-29175-BKC-RAM
MARY B NIMETH

CHAPTER 13

MARY B NIMETH

8431 SW 27TH LANE
MIAMI, FL 33155

THOMAS WILLIS, ESQUIRE
8725 NW 18 TERR
SUITE 302
MIAMI, FL 33172

FEDERAL NATL MTG ASSOC        ---------$        5,936.12
%SETERUS, INC                                **REFUSED**
POB 2206
GRAND RAPIDS, MI 49501-2006              CLAIM REGISTER # 1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130